*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, GROSS, and HARRELL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Christian J. ELIZONDO**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202300239**

_____

Decided: 11 June 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Andrea C. Goode (trial)
Douglas C. Hatch (entry of judgment)

Sentence adjudged 15 June 2023 by a general court-martial convened at Marine Corps Air Station Yuma, Arizona, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 30 months, and a bad conduct discharge.

For Appellant:
*Captain Colin P. Norton, USMC*

For Appellee:
*Lieutenant Michael A. Tuosto, JAGC, USN*

————————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

————————————————

PER CURIAM:

Appellant was found guilty in accordance with his pleas of one specification of possession of child pornography and one specification of distribution of child pornography in violation of Article 134, Uniform Code of Military Justice.[1] On appeal Appellant raises one assignment of error claiming that the Entry of Judgment (EOJ) does not comply with Rule for Courts-Martial 1111(b)(1)(A) because it does not correctly summarize each specification referred to trial.

Having considered the briefs of the parties and the record of trial, we find merit in Appellant's assignment of error and take action in our decretal paragraph.

After convicting Appellant, in accordance with his pleas, the military judge entered judgment pursuant to R.C.M. 1111(b). In doing so, he listed the accused pleas and findings to the charge and specifications as follows:

> Charge: Violation of the UCMJ, Article 134
>
> > Plea: Guilty    Finding: Guilty
>
> Spec 1: Child pornography: possessing or receiving or viewing
>
> > Plea: Guilty    Finding: Guilty
>
> Spec 2: Child pornography: distribution
>
> > Plea: Guilty    Finding: Guilty.

We recently set forth the requirements for EOJs when listing the summary of each charge and specification, holding that to be sufficient the EOJ must include:

> 1) as already required, the Article of the UCMJ for each charge;
>
> 2) for each specification any subsection if applicable;
>
> 3) the nature of the offense in the specification; and

———————————

[1] 10 U.S.C. § 934.

4) the date of the offense.[2]

Here, the EOJ fails to meet these requirements as the summary of specification 1 fails to correctly list the subsection of the offense (possession of child pornography) and neither specification summary lists the dates of the offense. We therefore will modify the EOJ.

Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with R.C.M. 1111(c)(2), we modify the EOJ and direct that it be included in the record. Upon modification of the EOJ, and after careful consideration of the record and briefs of appellate counsel, we have determined that the findings are correct in law and the sentence is correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[4]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] *United States v. Wadaa*, __ M.J. ___ No. 202300273, 2024 CCA LEXIS 148 at *6 (N-M Ct. Crim. App. Apr. 25, 2024).

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

[4] Articles 59 & 66, UCMJ.

United States Navy–Marine Corps
Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202300239 |
| v. | **ENTRY OF JUDGMENT** |
| **Christian J. ELIZONDO**<br>**Lance Corporal (E-3)**<br>**U.S. Marine Corps**<br>*Accused* | *As Modified on Appeal*<br><br>**11 June 2024** |

On 15 June 2023, the Accused was tried at Marine Corps Air Station Yuma, Arizona, by a general court-martial, consisting of a military judge sitting alone. Military Judges: Andrea C. Goode and Douglas C. Hatch.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge:** **Violation of Article 134, Uniform Code of Military Justice, 10 U.S.C. § 934.**

   *Plea:* Guilty.
   *Finding:* Guilty.

**Specification 1:** **Wrongful possession of child pornography on or about 10 August 2022.**

   *Plea:* Guilty.
   *Finding:* Guilty.

**Specification 2:** **Wrongful distribution of child pornography on divers occasions between on or about 6 July 2022 and on or about 10 August 2022.**

   *Plea:* Guilty.
   *Finding:* Guilty.

## SENTENCE

On 15 June 2023, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

**Confinement**

*For Specification 1 of the Charge:*
confinement for 24 months.

*For Specification 2 of the Charge:*
confinement for 30 months.

The terms of confinement will run concurrently.

**Confinement for a total of 30 months.**

**A bad-conduct discharge.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court